# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL



Priority
Send
Enter
Closed
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

| Case No. | CR01-546-SVW | Date | June 24, 2003 |
|---|---|---|---|

Present: The Honorable   **STEPHEN V. WILSON**

Interpreter

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Rayshwan Foster | Not | X | | N/A | | | |

**Proceedings:**   IN CHAMBERS

   The Court having granted defendant's ex parte application for bail hearing, sets the matter for hearing on June 30, 2003 at 11:00 a.m.



ENTER ON
JUN 25 2003

Initials of Deputy Clerk

cc:   USM
      USPO
      Pretrial Services