UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TO: Clerk, United States District Court
*PAUL CRUZ*
Attention: ~~Paul Pierson~~
Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2003

Date: _____

SUBJECT: **REQUEST FOR CALENDAR DATE**

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| RAYSHWAN FOSTER | CR01-00546-SVW | 08500-031 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY* | HUMBERTO DIAZ, DFPD |
|---|---|---|
| JUNE 17, 2003 | TELEPHONE NO. | (213) 894-5308 |

*As Shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing during the week of <u>July 14, 2003</u>. The defendant was taken into local custody and the issuance of a Writ is not required.

Interpreter Needed?  [ ] Yes   [X] No

STEFANIE A. WOOLVERTON (909) 383-5576
U. S. PROBATION OFFICER

ROBERT L. SHELTON (909) 383-5524
SUPERVISING PROBATION OFFICER

FAX NO. (909) 383-5602

*Routing of Request:* Orig to Clerk's Office   Copies to:   U. S. Attorney (Chief, Criminal Division)
Federal Public Defender (Chief Deputy)

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable STEPHEN V. WILSON, U. S. District Judge, on July 28, 2003 at 11:00 a.m./p.m. in Courtroom No. 6.

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Date 6/30/03

CLERK, U. S. DISTRICT COURT
By _____ Deputy Clerk

*Routing of Notice by Clerk* Original - Court File
   cc.   U. S Probation Officer
         U S. Attorney, Attn. Chief, Criminal Division
         Defense Attorney
         Federal Public Defender, Attn: Chief Deputy
         U S Marshal (Warrant Cases only)
         ~~Interpreter Section, Clerk's Office (When needed)~~

ENTERED
JUL - 3 2003

PROB:CDC:63
01/08/01