UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No.: CR01-546-SVW                                              Date: July 28, 2003

---

PRESENT: THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Karen Pinn | N/A | Rob Villeza |
|---|---|---|---|
| Deputy Clerk | Court Reporter/ Recorder/Tape# | Interpreter | Asst. U. S. Attorney |

| USA v. (DEFENDANTS PRESENT): | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| (1) Rayshwan Foster  _X_ custody ___ bond ___ O/R | (1) Humberto Diaz  _X_ appointed  ___ retained |

PROCEEDINGS:   HEARING ON REVOCATION OF SUPERVISED RELEASE

　　　Case called and attorneys state their appearances. Defendant states his true and correct name on the record. Defendant is sworn in. Defendant admits allegations 1 and 3 through 6, government withdraws allegation 2, on the Petition on Probation and Supervised Release filed January 7, 2003. The Court finds that the defendant is in violation of the terms and conditions of his supervised release order imposed on January 26, 1998 and July 25, 2001, and revokes, remands and sets aside defendant's supervised release. The defendant is committed to the custody of the Bureau of Prisons for a period of six (6) months. Supervised release is terminated following release from imprisonment.



ENTER ON ICMS
AUG 1 2003

cc:   Counsel

23

Initials of Deputy Clerk _____

CR-11 (9/98)                          CRIMINAL MINUTES - GENERAL